IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03307-WYD-MJW

ROSE JACOBSON,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC., a Delaware corporation,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on September 17, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Credit Control Services, Inc., and against Plaintiff, Rose Jacobson, on Defendant Credit Control Services, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) [ECF Doc. No. 15]. It is further

ORDERED that plaintiff's complaint and action are dismissed without prejudice. It is further

ORDERED that Defendant shall have it costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>18th</u> day of September, 2014.

          FOR THE COURT:

          JEFFREY P. COLWELL, CLERK

          <u>/s/ Robert R. Keech</u>
          Robert R. Keech,
          Deputy Clerk