**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

Job #: **140509TD**
Job Date: **05/09/14**
Order Date: **05/09/14**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Credit Control Services,**

# Invoice

Invoice #: 110471
Inv.Date: 05/22/14
Balance: $854.08

Bill To:
**Joseph J. Lico, Esq.**
**Adam L. Plotkin, P.C.**
**621 17th Street**
**Suite 1800**
**Denver, CO 80293**

Action: **Jacobson, Rose**
VS
**Credit Control Services, Inc.**
Action #: **13-cv-03307-WYD-MJW**
Rep: **Tracy Doland**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Rose Jacobson | Appearance Fee - Hourly | $70.00 |
| 2 | Rose Jacobson | Original Certified Transcript | $742.40 |
| 3 | Rose Jacobson | Electronic Transcript Files | $15.00 |
| 4 | Rose Jacobson | Exhibits | $26.68 |
| 5 | Rose Jacobson | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $854.08 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $854.08 |
| Payment | $0.00 |
| **Balance Due** | $854.08 |

Federal Tax I.D.: **84-0835207**   Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
**Joseph J. Lico, Esq.**
**Adam L. Plotkin, P.C.**
**621 17th Street**
**Suite 1800**
**Denver, CO 80293**

Deliver To:
**Joseph J. Lico, Esq.**
**Adam L. Plotkin, P.C.**
**621 17th Street**
**Suite 1800**
**Denver, CO 80293**

# Invoice

**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

Invoice #: 110471
Inv.Date: 05/22/14
Balance: $854.08
Job #: 140509TD
Job Date: 05/09/14
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Credit Control Services,**